UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

**MUKHTIAR S. KHALSA,**

    Plaintiff,

v.                                                                            1:15-cv-01010-WJ/KBM

**U.S. BANK, N.A., BANK OF AMERICA, N.A.,**
and **OCWEN LOAN SERVICING, LLC,**

    Defendants.

## *SPECIAL* ENTRY OF APPEARANCE

**COMES NOW**, Houser & Allison, APC (Kerri L. Allensworth, Esq.) and, at the request of the District Court Clerk, hereby enters its *Special* Entry of Appearance on behalf of Defendants U.S. Bank, NA, Bank of America, NA, and Ocwen Loan Servicing, LLC, for the sole purpose of objecting to the purported service of process on Defendants and challenging the Court's lack of jurisdiction over the Defendants as a result thereof. Defendants challenge the sufficiency of the service of process in this matter and filed a Motion Through Special Appearance to Quash the Summonses and to Set Aside Default Judgment or, in the Alternative, to Dismiss the Complaint ("Motion") [Doc. 18] on January 14, 2016, raising their objections to the purported service of process by Plaintiff and the Court's jurisdiction over the parties. By entering this Appearance, Defendants do not waive their jurisdictional arguments and objections raised in their Motion. *See* 5B FEDERAL PRACTICE AND PROCEDURE § 1344 (2004) (a party may challenge the sufficiency of service of process without waiving such objection).

HOUSER & ALLISON, APC

By: _____
Kerri L. Allensworth, Esq.
111 Lomas Blvd. NW, Suite 205
Albuquerque, NM 87102
(949) 679-1111
*Attorneys for Defendants under
Special Entry of Appearance*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, a true copy of the foregoing pleading was filed with the Court's electronic filing system. A copy was also sent via electronic mail to the following:

Mukhtiar S. Khalsa
P.O. Box 593
Santa Cruz, NM 87567
(505)450-2802
mukhtiar@newmexico.com

_____
Kerri L. Allensworth