UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

**MUKHTIAR S. KHALSA,**

    Plaintiff,

v.                                                                a:15-cv-01010-WJ/KBM

**U.S. BANK, N.A., BANK OF AMERICA, N.A.,**
and **OCWEN LOAN SERVICING, LLC,**

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

**COMES NOW**, Defendants U.S. Bank, NA, Bank of America, NA, and Ocwen Loan Servicing, LLC, *specially appearing* through counsel Houser & Allison, APC (Kerri L. Allensworth, Esq.), and submit this Notice of Completion of Briefing pursuant to Rule 1-007.1(H) on Defendants' Motion Through Special Appearance to Quash the Summonses and to Set Aside Default Judgment or, in the Alternative, to Dismiss the Complaint filed January 14, 2016 [Doc. No. 18]. Plaintiff filed a Response on February 1, 2016 [Doc. No. 20]. Defendants filed this Reply on this date and briefing is now complete and the Motion ripe for this Court's decision.

HOUSER & ALLISON, APC

By: _____
Kerri L. Allensworth, Esq.
111 Lomas Blvd. NW, Suite 205
Albuquerque, NM 87102
(949) 679-1111
*Attorneys for Defendants under
Special Appearance*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2016, a true copy of the foregoing pleading was filed with the Court's electronic filing system. A copy was also sent via electronic mail to the following:

Mukhtiar S. Khalsa
P.O. Box 593
Santa Cruz, NM 87567
(505)450-2802
mukhtiar@newmexico.com

_____
Kerri L. Allensworth