FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2016 APR -1 PM 3: 03

CLERK-SANTA FE

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

MUKHTIAR S. KHALSA )
    Plaintiffs )
     )
v. ) Civil Action No.
     ) 1:15-cv-01010-WJ-KBM
U.S. BANK, NATIONAL ASSOCIATION, BANK )
OF AMERICA, NATIONAL ASSOCIATION, and )
OCWEN LOAN SERVICING LLC, )
    Defendant )

## COMPLETION OF BRIEFING

COMES NOW Plaintiff Mukhtiar S. Khalsa, by and through their own counsel, and with this completion of briefing pursuant to Rule 1-007.1(H) states;

1. On February 11, 2016, Plaintiffs filed a Motion to Strike, (Doc 21), Defendant's Notice of Appearance (Doc19) and Motion to Quash the Summons and Set Aside Default Judgment, (Doc 18).

2. On February 25, 2016 Defendant filed a Response, in Opposition (Doc 24), to Plaintiff's Motion to Strike, (Doc 21), Defendant's Notice of Appearance (Doc19) and Motion to Quash the Summons and Set Aside Default Judgment, (Doc 18).

3. On March 11, 2016 Plaintiffs filed a Reply, (Doc 25), to Defendant's Response, (Doc 24), to Plaintiff's Motion to Strike, (Doc 21), Defendant's Notice of Appearance (Doc19) and Motion to Quash the Summons and Set Aside Default Judgment, (Doc 18).

4. The Briefing for Plaintiffs' Motion to Strike, (Doc 21), are complete and the Motion is ripe for this Court's decision.

Respectfully submitted,

_____
Mukhtiar S. Khalsa
PO Box 593
Santa Cruz, NM 87567
(505) 450-2802

I hereby certify that a true and correct copy of the foregoing pleading was mailed on this 1st day of April, 2016 to opposing counsel.

_____
Mukhtiar S. Khalsa

ROSE L. BRAND & ASSOCIATES, P.C.,
7430 Washington Street, NE
Albuquerque, NM 87109
Telephone: (505) 833-3036

HOUSER & ALLISON
Kerri L. Allensworth, Esq.
111 Lomas Blvd, NW, Suite 205
Albuquerque, NM 87102
Telephone: (505) 679-1111