FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 9 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

MUKHTIAR S. KHALSA )
   Plaintiff )
)
)
V. ) Civil Action No. 15cv1010 WJ/KBM
)
)
U.S. BANK, NATIONAL ASSOCIATION, BANK )
OF AMERICA, NATIONAL ASSOCIATION, and )
OCWEN LOAN SERVICING LLC, )
   Defendants )

### ALIAS SUMMONS IN A CIVIL ACTION

To:   Bank of America, National Association
      Brian T. Moynihan, CEO
      100 North Tryon Street
      Charlotte, NC 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mukhtiar S. Khalsa, PO Box 593, Santa Cruz, NM 87567   Telephone: (505) 450-2802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

DATE: MAY 1 1 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2015-CV-01010 WJ/KBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brian T. Moynihan, CEO, Bank of America, N.A.

was received by me on *(date)* May 13, 2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*; or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because; or

☑ Other *(specify)*: Sent to Brian T. Moynihan, CEO, B of A, via USPS Certified Mail #7014 0510 0002 1649 8398 & PS Form 3811 # 9590 9403 0118 5077 4819 31. Mailed on May 18, 2016

My fees are $ 0.00 for travel and $ 48.00 for services, for a total of $ 48.00.

I declare under penalty of perjury that this information is true.

*Process Server's signature*

Gregory B. Molinar
*Printed name*

STATE OF NEW MEXICO  )
                     )ss.
COUNTY OF BERNALILLO )

Subscribed and sworn before me, Susan Murphey _____, Notary Public, on this 20th day of May, 2016 by, Gregory B. Molianr _____ who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. WITNESS my hand and official seal.

**OFFICIAL SEAL**
**Susan Murphey**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

NOTARY PUBLIC
My Commission Expires: March 28, 2020

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brian T. Moynihan, CEO
   Bank of America, National Association
   100 North Tryon Street
   Charlotte, NC 28255

   9590 9403 0118 5077 4819 31

2. Article Number (Transfer from service label)

   7014 0510 0002 1649 8398

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Tracy Hyatt     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Tracy Hyatt

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below.

   MAY 22 2016
   CHARLOTTE NC 28228
   USPS

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sum & Complaint 15CV010

• Sender: Please print your name, address, and ZIP+4® in this box•

MUKHTIAR S. KHALSA
P.O. Box 593
Santa Cruz, NM 87567

USPS TRACKING#

9590 9403 0118 5077 4819 31

English   Customer Service   USPS Mobile   Register / Sign In

**USPS.COM**

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140510000216498398

Updated Delivery Day: **Monday, May 23, 2016**

## Product & Tracking Information

**Postal Product:**   **Features:**
                     Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 23, 2016 , 11:27 am** | **Delivered** | **CHARLOTTE, NC 28255** |

Your item was delivered at 11:27 am on May 23, 2016 in CHARLOTTE, NC 28255.

| | | |
|---|---|---|
| May 22, 2016 , 2:23 am | Available for Pickup | CHARLOTTE, NC 28228 |
| May 22, 2016 , 1:34 am | Arrived at Hub | CHARLOTTE, NC 28228 |
| May 21, 2016 , 10:12 pm | Departed USPS Facility | CHARLOTTE, NC 28228 |
| May 21, 2016 , 11:00 am | Arrived at USPS Facility | CHARLOTTE, NC 28228 |
| May 20, 2016 , 1:25 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| May 19, 2016 , 9:19 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| May 19, 2016 , 5:53 pm | Departed Post Office | ALBUQUERQUE, NM 87110 |
| May 19, 2016 , 10:23 am | Acceptance | ALBUQUERQUE, NM 87110 |

## Track Another Package

Tracking (or receipt) number

[                                    ]   [Track It]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



Search or Enter a Tracking Number   🔍