UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 9 2016

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| MUKHTIAR S. KHALSA<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) Civil Action No. 15cv1010 WJ/KBM<br>) |
| U.S. BANK, NATIONAL ASSOCIATION, BANK<br>OF AMERICA, NATIONAL ASSOCIATION, and<br>OCWEN LOAN SERVICING LLC,<br>Defendants | )<br>)<br>)<br>) |

## ALIAS SUMMONS IN A CIVIL ACTION

To:   Bank of America, National Association
      Brian T. Moynihan, CEO
      100 North Tryon Street
      Charlotte, NC  28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mukhtiar S. Khalsa, PO Box 593, Santa Cruz, NM 87567   Telephone: (505) 450-2802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

DATE:   MAY 1 1 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2016-CV-00430 LF/SMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brian T. Moynihan, CEO, Bank of America, N.A.

was received by me on *(date)* May 13, 2016.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)*; or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*, Emari Hunn, Branch Manager who is designated by law to accept service of process on behalf of *(name of organization)* Brian T. Moynihan CEO, Bank of America, National Association on *(date)* May 16, 2016; or

☐ I returned the summons unexecuted because; or

☐ Other *(specify)*: _____

_____

My fees are $ 0.00 for travel and $ 48.00 for services, for a total of $ 48.00.

I declare under penalty of perjury that this information is true.

*Process Server's signature*

Gregory B. Molinar
*Printed name*

STATE OF NEW MEXICO )
                                                )ss.
COUNTY OF BERNALILLO )

Subscribed and sworn before me, Susan Murphey, Notary Public, on this 20th day of May, 2016 by, Gregory B. Molianr who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. WITNESS my hand and official seal.

OFFICIAL SEAL
Susan Murphey
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

NOTARY PUBLIC
My Commission Expires: March 28, 2020