**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **MUKHTIAR S. KHALSA**, | CASE NO.: 1:2015-cv-01010 |
| Plaintiff, | |
| vs. | |
| **U.S. BANK, N.A., BANK OF AMERICA, N.A., AND OCWEN LOAN SERVICING, LLC**, | **NOTICE OF NON-REPRESENTATION** |
| Defendants. | |

Notice is hereby given in this case that Kerri L. Allensworth, who previously entered a *Special Entry of Appearance* for the sole purpose of objecting to the purported service of process on Defendants and challenging the Court's jurisdiction over Defendants, was hereby withdrawn from the case as attorney for Defendants upon the entry of the *Memorandum Opinion and Order* filed on April 6, 2016 adjudicating those issues. The purpose of Ms. Allensworth's special appearance in this matter was completed upon the filing of that order.

Thus, having completed the purposes of her special appearance, Kerri L. Allensworth hereby gives notice to the Court that her appearance in this case terminated on April 6, 2016 as attorney of record for the named Defendants. Ms. Allensworth respectfully requests that she be removed as "Attorney to be Noticed" in this matter.

LAW OFFICE OF BRUCE S. MCDONALD

By:   */s/ Kerri L. Allensworth* _____
Kerri Allensworth
Law Offices of Bruce S. McDonald
211 Twelth Street NW
Albuquerque, NM 87102
(505) 254-2854
kallensworth@brucemcdonaldlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, a true copy of the foregoing was filed with the Court's electronic filing system and mailed via U.S. First Class Mail to the following:

Mukhtiar S. Khalsa
P.O. Box 593
Santa Cruz, NM 87567

                                                                       */s/ Kerri L. Allensworth*
                                                                       Kerri L. Allensworth